THE ALICIA REALTY COMPANY, Respondent, *v.* JOHN L.
MILLER, Appellant.

*Alicia Realty Co.* v. *Miller*, 163 App. Div. 856, affirmed.
(Argued March 7, 1917; decided March 27, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered April 20, 1914, affirming a judgment in favor of
plaintiff entered upon a verdict directed by the court in
an action to recover rent under the terms of a written
lease made by former owners of the premises to the
defendant. Plaintiff purchased the premises subject to
the lease. At the time of purchase they were occupied
by a subtenant who subsequently defaulted in payment
of rent. Demand was made upon defendant for payment
of arrears of rent but he refused to pay. Subsequently
he entered into an agreement that if the subtenant was
dispossessed he would take over a new lease on the iden-
tical terms of the old one. Appellant asked for reversal
on the grounds: I. That after the assignment (of lease)
and after the assignees had possession, and after notice
to the plaintiff in May, 1910, of the financial condition
of the tenant in possession, the plaintiff was bound to
take notice of defendant's demand and to take such
action as would protect the defendant (*i. e.*, to dispos-
sess everybody, including defendant, from the premises);
and that if there were any doubts about the defendant's
liability surviving summary proceedings they were
removed by plaintiff's agreement. II. Because whether
or not there was an acceptance of the tenant in possession
in place of the defendant was a question for the jury
because the plaintiff had refused to enforce its remedy
after having procured from the defendant the agreement.
III. Because the court erred in receiving evidence of
moneys paid for insurance when no such claim was
pleaded.

*Wilbur F. Earp* for appellant.

*Francis Colety* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ. Not sitting: McLAUGHLIN, J.